# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein,
Justices

149798(77)(78)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TIMOTHY WARD JACKSON, a/k/a TIMOTHY WARD-JACKSON,
     Defendant-Appellant.

SC: 149798
COA: 310177
Wayne CC: 10-013476-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to adjourn the case from the April 2015 session of the Court is GRANTED. The clerk is directed to schedule the case for argument and submission at the May 2015 session. On further order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file its supplemental brief on appeal is GRANTED. The supplemental brief submitted on March 16, 2015, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2015



Clerk